HIKO ENERGY, LLC, Petitioner

v.

PENNSYLVANIA PUBLIC UTILITY
COMMISSION, Respondent

No. 314 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

(1) Whether the $1,836,125.00 penalty was so grossly disproportionate to the penalties the Commission has approved for similar or more egregious conduct as to violate the Excessive Fines Clause of the Pennsylvania and U.S. Constitutions.

(2) Whether the $1,836,125.00 penalty impermissibly punished HIKO for litigating the complaint for a civil penalty instead of settling it.

(3) Whether the Commission abused its discretion in imposing an unprecedented civil penalty, which

was not supported by substantial evidence.